# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

2012 MAY -4  AM 11: 29

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES OF AMERICA,

                    Plaintiff,

          vs.

JOSE LUIS MEDEROS-MEDINA,

                    Defendant.

CASE NO.  12CR0954-MMA

## JUDGMENT OF DISMISSAL

          IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____   the Court has dismissed the case for unnecessary delay; or

_____   the Court has granted the motion of the Government for dismissal, without prejudice; or

_____   the Court has granted the motion of the defendant for a judgment of acquittal; or

_____   a jury has been waived, and the Court has found the defendant not guilty; or

_____   the jury has returned its verdict, finding the defendant not guilty;

__X__   of the offense(s) as charged in the Information:

          8:1326(a) and (b)

          IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MAY 3, 2012

                                        William V. Gallo
                                        U.S. Magistrate Judge